UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   GARY SCOTT CAMPBELL                        CASE NO. 20-10232
   JULIA DEBARI CAMPBELL                    JUDGE BENJAMIN A. KAHN
   1975 SQUIRREL CREEK ROAD
   ASHEBORO, NC  27205

       DEBTORS

SSN(1) XXX-XX-8687     SSN(2) XXX-XX-9574         DATE: 09/02/2021

REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICREDIT FINANCIAL SERVICES INC<br>DBA GM FINANCE<br>P O BOX 183853<br>ARLINGTON, TX  76096 | $8,492.19<br>INT: .00%<br>NAME ID: 151624<br>CLAIM #: 0027 | (U) UNSECURED<br><br>ACCT: 8675<br>COMMENT: CLASS A,821OR |
| AMERIFINANCIAL SOLUTIONS LLC<br>P O BOX 65018<br>BALTIMORE, MD  21264 | $0.00<br>INT: .00%<br>NAME ID: 156332<br>CLAIM #: 0001 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERIFINANCIAL SOLUTIONS LLC<br>P O BOX 65018<br>BALTIMORE, MD  21264 | $0.00<br>INT: .00%<br>NAME ID: 156332<br>CLAIM #: 0034 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ASHEBORO READY MIX INC<br>524 W BAILEY ST<br>ASHEBORO, NC  27203 | $0.00<br>INT: .00%<br>NAME ID: 32235<br>CLAIM #: 0002 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BECO INC<br>% ANDREW S LASINE ESQ<br>P O BOX 2608<br>HIGH POINT, NC  27261 | $0.00<br>INT: .00%<br>NAME ID: 181833<br>CLAIM #: 0003 | (U) UNSECURED<br>AMENDED<br>ACCT:<br>COMMENT: 121C/WDRN |
| BENJAMIN JAMES PROPERTIES<br>929 SUNSET AVE<br>ASHEBORO, NC  27203 | $0.00<br>INT: .00%<br>NAME ID: 139693<br>CLAIM #: 0004 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BULLCITY FINANCIAL SOLUTIONS<br>2609 N DUKE ST STE 500<br>DURHAM, NC  27704 | $0.00<br>INT: .00%<br>NAME ID: 154946<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAROLINA SPECIALTY PRODUCTS<br>5595 NC HWY 49<br>DENTON, NC  27239 | $0.00<br>INT: .00%<br>NAME ID: 181731<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CHANDLER CONCRETE<br>1006 S CHURCH ST<br>BURLINGTON, NC  27215 | $0.00<br>INT:  .00%<br>NAME ID: 181732<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CINCINNATI INSURANCE<br>A/S/O CLAPPS CONVALESCENT HOME<br>210 LANDMARK DR<br>NORMAL, IL  61761 | $14,817.36<br>INT:  .00%<br>NAME ID: 182055<br>CLAIM #:  0079 | (U) UNSECURED<br><br>ACCT: 9701<br>COMMENT:  CLASS B,821OR |
| CITIBANK<br>P O BOX 78009<br>PHOENIX, AZ  85062 | $0.00<br>INT:  .00%<br>NAME ID: 161111<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CLIENT SERVICES INC<br>3451 HARRY S TRUMAN BLVD<br>ST CHARLES, MO  63301 | $0.00<br>INT:  .00%<br>NAME ID: 9394<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONVERGENT OUTSOURCING INC<br>P O BOX 9004<br>RENTON, WA  98057 | $0.00<br>INT:  .00%<br>NAME ID: 135313<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CRAVEN CONSTRUCTION<br>1781 WICKER LOVELL RD<br>DENTON, NC  27239 | $0.00<br>INT:  .00%<br>NAME ID: 181733<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT COLLECTION SERVICES<br>P O BOX 607<br>NORWOOD, MA  02062 | $0.00<br>INT:  .00%<br>NAME ID: 162056<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0621<br>COMMENT: |
| CREDIT MANAGEMENT LP<br>P O BOX 118288<br>CARROLLTON, TX  75011 | $0.00<br>INT:  .00%<br>NAME ID: 173667<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT ONE BANK<br>P O BOX 60500<br>CITY OF INDUSTRY, CA  91716 | $0.00<br>INT:  .00%<br>NAME ID: 65550<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CUZCO CAPITAL COLLECTION SERVICE<br>111 GREAT NECK RD<br>GREAT NECK, NY  11021 | $0.00<br>INT:  .00%<br>NAME ID: 181734<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DERICK & KASEY CROTTS<br>3292 ROY FARLOW RD<br>SOPHIA, NC  27350 | $0.00<br>INT:  .00%<br>NAME ID: 181760<br>CLAIM #:  0019 | (S) SECURED<br>NOT FILED<br>ACCT: 2063<br>COMMENT: OC |
| DISH NETWORK<br>P O BOX 94063<br>PALATINE, IL  60094 | $0.00<br>INT:  .00%<br>NAME ID: 143856<br>CLAIM #:  0020 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2224<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DIXIE FUEL<br>455 W SALISBURY ST<br>ASHEBORO, NC  27203 | $0.00<br>INT: .00%<br>NAME ID: 181736<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST DATA GLOBAL LEASING<br>P O BOX 173845<br>DENVER, CO  80217 | $0.00<br>INT: .00%<br>NAME ID: 116783<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FOX POOL CORP<br>P O BOX 549<br>YORK, PA  17405 | $0.00<br>INT: .00%<br>NAME ID: 181737<br>CLAIM #: 0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GARY & DONNA SCILLERI<br>5852 GALLIMORE TOWN RD<br>TRINITY, NC  27370 | $0.00<br>INT: .00%<br>NAME ID: 181738<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GEICO<br>1345 PERIMETER PKWY<br>VIRGINIA BEACH, VA  23454 | $0.00<br>INT: .00%<br>NAME ID: 181739<br>CLAIM #: 0025 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GENESIS<br>P O BOX 23013<br>COLUMBUS, GA  31902 | $0.00<br>INT: .00%<br>NAME ID: 181740<br>CLAIM #: 0026 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GRINZ ORTHOPEDICS<br>CHAPTER HOLDINGS IIC FBO<br>P O BOX 748<br>TULLAHOMA, TN  37388 | $983.58<br>INT: .00%<br>NAME ID: 182208<br>CLAIM #: 0028 | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  CLASS B,821OR |
| HUDSON POOL DIST<br>P O BOX 189<br>NEW LONDON, NC  28127 | $0.00<br>INT: .00%<br>NAME ID: 181744<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| HUNTER WARFIELD<br>P O BOX 1280<br>OAKS, PA  19456 | $0.00<br>INT: .00%<br>NAME ID: 181745<br>CLAIM #: 0030 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1490<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $21,982.96<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0031 | (P) PRIORITY<br><br>ACCT: 8TXS<br>COMMENT:  OC,821OR,721A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0073 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8687<br>COMMENT: |
| J DEBARI AQUATIC LEISURES LLC<br>1975 SQUIRREL CREEK RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 181746<br>CLAIM #: 0032 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JPMCB CARD SERVICE<br>301 N WALNUT ST FLOOR 09<br>WILMINGTON, DE  19801 | $0.00<br>INT:  .00%<br>NAME ID: 178917<br>CLAIM #:  0033 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $14,633.59<br>INT:  .00%<br>NAME ID: 177262<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 3073<br>COMMENT:  CLASS A,821OR |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,371.51<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 9959<br>COMMENT:  CREDIT ONE,CLASS A/B,821OR |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 1269<br>GREENVILLE, SC  29603 | $0.00<br>INT:  .00%<br>NAME ID: 168593<br>CLAIM #:  0035 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,316.54<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0057 | (U) UNSECURED<br><br>ACCT: 9856<br>COMMENT:  WALMART,CLASS B,821OR |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $0.00<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0074 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $2,523.51<br>INT:  .00%<br>NAME ID: 149311<br>CLAIM #:  0036 | (U) UNSECURED<br><br>ACCT: 0440<br>COMMENT:  CLASS B,821OR |
| MCEWEN INDUSTRIES<br>6525 MORRISON BLVD STE 420<br>CHARLOTTE, NC  28211 | $0.00<br>INT:  .00%<br>NAME ID: 181747<br>CLAIM #:  0037 | (U) UNSECURED<br>NOT FILED<br>ACCT: A001<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $11,532.41<br>INT:  .00%<br>NAME ID: 177774<br>CLAIM #:  0038 | (U) UNSECURED<br><br>ACCT: 3127<br>COMMENT:  CLASS A,821OR |
| MRS BPO LLC<br>1930 OLNEY AVE<br>CHERRY HILL, NJ  08003 | $0.00<br>INT:  .00%<br>NAME ID: 154853<br>CLAIM #:  0039 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $6,196.06<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0042 | (P) PRIORITY<br><br>ACCT: 18TX<br>COMMENT:  OC,CLASS A,821OR,520A |
| NATIONAL ENTERPRISE SYSTEMS<br>2479 EDISON BLVD UNIT A<br>TWINSBURG OH, OH  44087-2340 | $0.00<br>INT:  .00%<br>NAME ID: 158958<br>CLAIM #:  0040 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NATIONWIDE CREDIT INC<br>P O BOX 14581<br>DES MOINES, IA  50306 | $0.00<br>INT: .00%<br>NAME ID: 165600<br>CLAIM #: 0041 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PARAMOUNT LEISURE<br>295 CORPORATE PLACE #100<br>NORFOLK, VA  23502 | $0.00<br>INT: .00%<br>NAME ID: 181748<br>CLAIM #: 0043 | (U) UNSECURED<br>NOT FILED<br>ACCT: 16IN<br>COMMENT: |
| PINNACLE BANK<br>150 3RD AVE SOUTH STE 900<br>NASHVILLE, TN  37201 | $141.21<br>INT: .00%<br>NAME ID: 168930<br>CLAIM #: 0072 | (U) UNSECURED<br><br>ACCT: 9881<br>COMMENT:  CLASS B,821OR |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $10,584.93<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 1162<br>COMMENT:  CAPITAL ONE,CLASS A,821OR |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $923.90<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0044 | (U) UNSECURED<br><br>ACCT: 8630<br>COMMENT:  BELK,CLASS B,821OR |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,324.37<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0076 | (U) UNSECURED<br><br>ACCT: 2671<br>COMMENT:  BEST BUY,CLASS B,821OR |
| PROFESSIONAL RECOVERY<br>CONSULTANTS INC<br>P O BOX 51187<br>DURHAM, NC  27717-1187 | $0.00<br>INT: .00%<br>NAME ID: 33466<br>CLAIM #: 0045 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4208<br>COMMENT: |
| PROFESSIONAL RECOVERY CONSULTANTS<br>INC<br>2700 MERIDIAN PKWY STE 200<br>DURHAM, NC  27713 | $0.00<br>INT: .00%<br>NAME ID: 113025<br>CLAIM #: 0081 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| R LEE DAVIDSON<br>200 WORTH ST STE G<br>ASHEBORO, NC  27203 | $0.00<br>INT: .00%<br>NAME ID: 181749<br>CLAIM #: 0046 | (U) UNSECURED<br>NOT FILED<br>ACCT: M991<br>COMMENT: |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0082 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $44.86<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0047 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0083 | (U) UNSECURED<br>AMENDED<br>ACCT: 8687<br>COMMENT: 821OR,DIR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| REGIONAL EMERGENCY PHYSICIANS<br>P O BOX 602908<br>CHARLOTTE, NC  28260 | $0.00<br>INT:  .00%<br>NAME ID:  154181<br>CLAIM #:  0048 | (U) UNSECURED<br>NOT FILED<br>ACCT: HPT1<br>COMMENT: |
| ROUTH OIL COMPANY<br>6546 HWY 22 NORTH<br>CLIMAX, NC  27233 | $0.00<br>INT:  .00%<br>NAME ID:  35517<br>CLAIM #:  0049 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SCS<br>P O BOX 900<br>CHINA GROVE, NC  28023 | $0.00<br>INT:  .00%<br>NAME ID:  175644<br>CLAIM #:  0052 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SHERLOQ FINANCIAL<br>P O BOX 2842<br>TAMPA, FL  33601 | $0.00<br>INT:  .00%<br>NAME ID:  173275<br>CLAIM #:  0053 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPC DISTRIBUTORS<br>600 PEGG RD #119<br>GREENSBORO, NC  27409 | $0.00<br>INT:  .00%<br>NAME ID:  131541<br>CLAIM #:  0050 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPC DISTRIBUTORS<br>600 PEGG RD #119<br>GREENSBORO, NC  27409 | $0.00<br>INT:  .00%<br>NAME ID:  131541<br>CLAIM #:  0051 | (U) UNSECURED<br>AMENDED<br>ACCT: 8687<br>COMMENT:  920D/A, POOL CORP |
| SPECTRUM<br>1900 BLUE CREST LANE<br>SAN ANTONIO, TX  78247 | $0.00<br>INT:  .00%<br>NAME ID:  181751<br>CLAIM #:  0054 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6601<br>COMMENT: |
| SPIRE RECOVERY SOLUTIONS<br>330 S TRANSIT RD<br>LOCKPORT, NY  14094 | $0.00<br>INT:  .00%<br>NAME ID:  181752<br>CLAIM #:  0055 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SWIFT FINANCIAL CORPORATION<br>3505 SILVERSIDE STE 200<br>WILMINGTON, DE  19810 | $0.00<br>INT:  .00%<br>NAME ID:  169113<br>CLAIM #:  0056 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>BANKRUPTCY DEPT<br>P O BOX 965064<br>ORLANDO, FL  32896-5064 | $0.00<br>INT:  .00%<br>NAME ID:  174316<br>CLAIM #:  0080 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TEK COLLECT<br>P O BOX 1269<br>COLUMBUS, OH  43216 | $0.00<br>INT:  .00%<br>NAME ID:  70314<br>CLAIM #:  0058 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| THOMAS TIRE<br>P O BOX 2917<br>ASHEBORO, NC  27204 | $0.00<br>INT:  .00%<br>NAME ID:  1722<br>CLAIM #:  0059 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | MONTHLY PMT  $1,794.57<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0060 | (H) ONGOING-SECURED<br><br>ACCT: 4625<br>COMMENT:  DT,RE RP,CTD,EFF AUG20 |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $89.68<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0061 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 4625<br>COMMENT:  ARR THRU FEB20 |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $8,972.85<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0062 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 4625<br>COMMENT:  ARR,MAR20 THRU JUL20 |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $11,943.73<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0075 | (U) UNSECURED<br><br>ACCT: 7622<br>COMMENT:  CLASS A,821OR |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $906.73<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0077 | (U) UNSECURED<br><br>ACCT: 9179<br>COMMENT:  CLASS B,821OR |
| TSYS<br>12202 AIRPORT WAY STE 100<br>BROOMFIELD, CO  80021 | $0.00<br>INT:  .00%<br>NAME ID: 181753<br>CLAIM #:  0063 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8442<br>COMMENT: |
| UNC HEALTHCARE<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $4,650.03<br>INT:  .00%<br>NAME ID: 170446<br>CLAIM #:  0078 | (U) UNSECURED<br><br>ACCT: 9574<br>COMMENT:  CLASS B,821OR |
| UNITED RENTALS<br>BRANCH 394<br>811 POST ST<br>GREENSBORO, NC  27405 | $0.00<br>INT:  .00%<br>NAME ID: 181754<br>CLAIM #:  0064 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5565<br>COMMENT: |
| VERIZON<br>3601 CONVERSE DR<br>WILMINGTON, NC  28403 | $0.00<br>INT:  .00%<br>NAME ID: 181755<br>CLAIM #:  0065 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7488<br>COMMENT: |
| WASTE INDUSTRIES<br>3301 BENSON DR STE 601<br>RALEIGH, NC  27609 | $0.00<br>INT:  .00%<br>NAME ID: 70157<br>CLAIM #:  0066 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9044<br>COMMENT: |
| WELLS FARGO BANK NA<br>P O BOX 14487<br>DES MOINES, IA  50309 | $1,208.17<br>INT:  .00%<br>NAME ID: 159695<br>CLAIM #:  0067 | (U) UNSECURED<br><br>ACCT: 2236<br>COMMENT:  CLASS B,821OR |
| WEX CITGO<br>P O BOX 639<br>PORTLAND, ME  04104 | $0.00<br>INT:  .00%<br>NAME ID: 181757<br>CLAIM #:  0068 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1992<br>COMMENT: |

PAGE 8 - CHAPTER 13 CASE NO. 20-10232

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WHITE OAK FAMILY PHYSICIANS PA<br>550 WHITE OAK STREET<br>ASHEBORO, NC  27203 | $0.00<br>INT:  .00%<br>NAME ID:  15878<br>CLAIM #:  0069 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WILBER & ASSOCIATES PC<br>210 LANDMARK DR<br>NORMAL, IL  61761 | $0.00<br>INT:  .00%<br>NAME ID:  181758<br>CLAIM #:  0070 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WZOO RADIO<br>2641 LAZY PINE RD<br>RANDLEMAN, NC  27317 | $0.00<br>INT:  .00%<br>NAME ID:  181759<br>CLAIM #:  0071 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$127,486.74** | |
| DIRK W SIEGMUND ESQ<br>IVEY MCCLELLAN GATTON & SIEGMUND LLP<br>100 S ELM ST STE 500<br>GREENSBORO, NC  27401 | $1,335.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  09/02/2021        OFFICE OF THE CHAPTER 13 TRUSTEE

        By:  /s/  Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc:  Debtors
     Attorney for Debtors - Electronic Notice